# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00729-CV

**In re Leon Posada**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus is denied.[1]  *See* Tex. R. App. P. 52.8(a).

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Filed:   November 8, 2017

---

[1]  The opinion affirming Relator's conviction appears on Westlaw and Lexis.  *See Posada v. State*, No. 06-16-00184-CR, 2017 WL 3205580 (Tex. App.—Texarkana May 19, 2017, pet. ref'd) (mem. op., not designated for publication); *id.*, 2017 Tex. App. LEXIS 4593 (Tex. App.—Texarkana May 19, 2017, pet. ref'd) (mem. op., not designated for publication).  However, we note that the opinion on rehearing modifying Relator's judgment of conviction—which is the basis for Relator's requested enforcement of the modification—appears only on the Court's web site.  *See id.*, No. 06-16-00184-CR, slip op. at 9 (Tex. App.—Texarkana June 27, 2017, no pet.), *available at*  http://www.search.txcourts.gov/SearchMedia.aspx?MediaVersionID=68820ac4-80b6-4c79-a8 f4-ce8c443d6281&coa=coa06&DT=Motion%20Disp&MediaID=112b4ecd-33ee-4529-9d74-344 188cecd1f.